**Mariette DO–NGUYEN, an individual and Head of Heaven Independent States, Heaven Independent State on Earth, Rebuild my Church Divine Mission, a California Religious Nonprofit Organization, aka Mariette Do, Plaintiff—Appellant,**

v.

**George Walker BUSH, U.S. President; et al., Defendant—Appellees.**

No. 02–57204.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge, and HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM**

Advocatess Queen Mariette Do–Nguyen, as an individual and Head of Heaven Independent States, Heaven Independent State on Earth, a California Religious Nonprofit Organization, appeals pro se the district court's order sua sponte dismissing with prejudice her amended complaint against various federal and state officials. We

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

affirm for the reasons set forth in the district court's order of dismissal filed December 16, 2002.

**AFFIRMED.**